**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS CIMINO,<br><br>  Plaintiff,<br><br>  v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>  Defendant. | No. 2:19-CV-2372-KJM-DMC-P<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. An initial scheduling conference was held on September 2, 2020, before the undersigned in Redding, California. Anthony E. Godsmith, Esq., appeared telephonically for plaintiff. Sheila E. Fix, Esq., appeared telephonically for defendant. Upon consideration of the joint status report on file in this action, discussion with the parties, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

  1.  No further joinder of parties or amendments to the pleadings is permitted without leave of Court for good cause shown.

  2.  Jurisdiction and venue are not contested.

  3.  The parties have represented that initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) were exchanged on August 27, 2020.

/ / /

4. All non-expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by June 14, 2021.

5. The parties shall exchange initial lists of expert witnesses no later than July 12, 2021, and lists of rebuttal experts no later than August 16, 2021. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

6. All expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by September 13, 2021.

7. A settlement conference is set for September 20, 2021, at 9:00 a.m., before the undersigned in Redding, California. The Court will provide the parties with further instructions by separate order.

8. All dispositive motions shall be noticed to be heard by November 15, 2021.

9. The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated:  September 18, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE