# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CIMINO, | No. 2:19-CV-2372-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| WESTERN DENTAL SERVICES, INC., | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to the stipulation of the parties, ECF No. 21, the Court's September 21, 2020, scheduling order is modified as follows:

1. All non-expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by August 16, 2021.

2. The parties shall exchange initial lists of expert witnesses no later than September 13, 2021, and lists of rebuttal experts no later than October 18, 2021. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

3. All expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by November 15, 2021.

1

4. The settlement conference set for September 20, 2021, at 9:00 a.m., before the undersigned in Redding, California, is continued to November 22, 2021, at 9:00 a.m. The Court will provide the parties with further instructions by separate order.

5. All dispositive motions shall be noticed to be heard by January 17, 2022.

IT IS SO ORDERED.

Dated: May 20, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE