1  DEBORAH GETTLEMAN, Esq. (SBN 267309)      ANTHONY GOLDSMITH, Esq (SBN 125621)
   DERBY, McGUINNESS & GOLDSMITH, LLP        DERBY, McGUINNESS & GOLDSMITH, LLP
2  1999 Harrison Street, Suite 1800          21550 Oxnard Street, Suite 300
   Oakland, CA 94612                         Woodland Hills, CA 91367
3  Telephone: (510) 987-8778                 Telephone: (818) 213-2762
   Facsimile: (510) 359-4419                 Facsimile: (510) 359-4419
4  Email: info@dmglawfirm.com                Email: info@dmglawfirm.com

5  Attorneys for Plaintiff
   THOMAS CIMINO

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CIMINO, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN DENTAL SERVICES, INC., <br><br> Defendants. | CASE NO. 2:19-cv-02372-KJM-DMC <br><br> <u>Civil Rights</u> <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES REGARDING COMPLETION OF FACT DISCOVERY** |

**ORDER**

For GOOD CAUSE shown and for the reason set forth in the stipulation, the below deadlines are amended as follows:

1. Non-expert Discovery shall be completed and motions pertaining to non-expert discovery shall be noticed to be heard no later than October 18, 2021.

2. The parties shall exchange expert witness disclosures no later than November 15, 2021.

3. Rebuttal expert disclosures shall be exchanged no later than December 20, 2021.

4. Expert Discovery shall be completed and motions pertaining to expert discovery shall be notice to be heard no later than January 17, 2022.

5. Settlement conference scheduled for November 22, 2022 at 9:00 a.m. is continued to January 24, 2022 at 9:00 a.m.

6. All dispositive motions shall be noticed to be heard by March 21, 2022.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  Dated:  July 26, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE