UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CIMINO,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>    Defendants. | CASE NO. 2:19-cv-02372-KJM-DMC<br><br>Civil Rights<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES REGARDING COMPLETION OF FACT DISCOVERY** |

**ORDER**

For GOOD CAUSE shown and for the reason set forth in the Joint Stipulation to Extend Discovery and Pre-Trial Deadlines, the below deadlines are amended as follows:

1. Non-expert Discovery shall be completed and motions pertaining to non-expert discovery shall be noticed to be heard no later than December 13, 2021.

2. The parties shall exchange expert witness disclosures no later than January 10, 2022.

3. Rebuttal expert disclosures shall be exchanged no later than February 14, 2022.

4. Expert Discovery shall be completed and motions pertaining to expert discovery shall be noticed to be heard no later than March 14, 2022.

5. Settlement conference scheduled for January 24, 2022, at 9:00 a.m. shall remain on calendar;

/ / /

/ / /

/ / /

/ / /

22209812.1:10218-0033

**PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES REGARDING COMPLETION OF FACT DISCOVERY**

6.  All dispositive motions shall be noticed to be heard by May 16, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September 16, 2021



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

**Cimino v. Western Dental Services, Inc.**
**U.S. District Court #: 2:19-cv-02372-KJM-DMC**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 505 North Brand Boulevard, Suite 1100, Glendale, CA 91203.

On September 10, 2021, I served the following document(s) described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES REGARDING COMPLETION OF FACT DISCOVERY** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address sprasad@wshblaw.com to the persons at the electronic notification address listed in the service list.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 10, 2021, at Glendale, California.

_Susan Prasad_
Susan Prasad

**SERVICE LIST**
Cimino v. Western Dental Services, Inc.
U.S. District Court #: 2:19-cv-02372-KJM-DMC

Anthony E. Goldsmith, Esq.
Derby McGuinness & Goldsmith, LLP
300 Lakeside Drive
Suite 1000
Oakland, CA 94612
Tel: (510) 987-8778 / Fax: (510) 359-4419
Email: agoldsmith@dmglawfirm.com;
dgettleman@dmglawfirm.com
**Attorneys for Plaintiff THOMAS CIMINO**