# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CIMINO,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>Defendant. | No. 2:19-CV-2372-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On the Court's own motion, the settlement conference set for January 24, 2022, at 9:00 a.m., before the undersigned in Redding, California, is advanced to January 21, 2022, at 10:00 a.m., before the undersigned in Redding, California.

IT IS SO ORDERED.

Dated: September 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1