DEBORAH GETTLEMAN, Esq. (SBN 267309)
DERBY, McGUINNESS & GOLDSMITH, LLP
1999 Harrison Street, Suite 1800
Oakland, CA 94612
Telephone: (510) 987-8778
Facsimile: (510) 359-4419
Email: info@dmglawfirm.com

ANTHONY GOLDSMITH, Esq (SBN 125621)
DERBY, McGUINNESS & GOLDSMITH, LLP
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Telephone: (818) 213-2762
Facsimile: (510) 359-4419
Email: info@dmglawfirm.com

Attorneys for Plaintiff
THOMAS CIMINO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CIMINO, | CASE NO. 2:19-cv-02372-KJM-DMC |
| Plaintiff, | Civil Rights |
| v. | **AMENDED STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** |
| WESTERN DENTAL SERVICES, INC., | |
| Defendants. | |

STIPULATION

The parties acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action with each party to bear its own attorney's fees and costs.

///

24152621.1:10218-0033
- 1 -

1   Date: April 4, 2022                       DERBY, McGUINNESS & GOLDSMITH, LLP

2

3                                             _/s/ Anthony Goldsmith_____

                                              By:   Anthony Goldsmith, Esq.
4                                                   Attorney for Plaintiff
                                                    THOMAS CIMINO
5

6

7
    Dated:  April 4, 2022                      WOOD, SMITH, HENNING & BERMAN LLP
8

9
                                              _/s/ Sheila E. Fix_____
10                                            By:   Sheila E. Fix, Esq.
                                                    Wyeth E. Burrows, Esq.
11                                                  Attorneys for Defendant, WESTERN DENTAL
                                                    SERVICES, INC
12

13

14

15                        FILER'S ATTESTATION

16          Pursuant to Local Rules, I hereby attest that on April 4, 2022, I, Sheila E. Fix, attorney

17   with Wood, Smith, Henning & Berman received the concurrence of all counsel in the filing of

18   this document.

19

20

21                                             _/s/ Sheila E. Fix_____
                                              By:   Sheila E. Fix
22                                                  WOOD SMITH HENNING & BERMAN

23

24

25

26

27

28

## PROOF OF SERVICE

**Cimino v. Western Dental Services, Inc.**
**U.S. District Court #: 2:19-cv-02372-KJM-DMC**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 505 North Brand Boulevard, Suite 1100, Glendale, CA 91203.

On April 5, 2022, I served the following document(s) described as **AMENDED STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS WITH PREJUDICE** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address sprasad@wshblaw.com to the persons at the electronic notification address listed in the service list.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was not successful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 5, 2022, at Glendale, California.

_____
Susan Prasad

24152621.1:10218-0033

- 1 -

AMENDED STIPULATION TO DISMISS

**SERVICE LIST**
**Cimino v. Western Dental Services, Inc.**
**U.S. District Court #: 2:19-cv-02372-KJM-DMC**

Anthony E. Goldsmith, Esq.
Derby McGuinness & Goldsmith, LLP
300 Lakeside Drive
Suite 1000
Oakland, CA 94612
Tel: (510) 987-8778 / Fax: (510) 359-4419
Email: agoldsmith@dmglawfirm.com;
dgettleman@dmglawfirm.com
**Attorneys for Plaintiff THOMAS CIMINO**

AMENDED STIPULATION TO DISMISS